*E-Filed 9/1/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RONALD DENNIS,  No. C 11-04327 RS

      Plaintiffs,  **RECUSAL ORDER**

v.

BATH IRON WORKS CORPORATION, ET AL.,

      Defendants.
_____/

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 9/1/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-04327 RS
ORDER